IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THOMAS HORNE and MARTHA PAINE,
*Individually and On Behalf of All Persons
Similarly Situated*                                                                                    PLAINTIFFS

v.                                          No. 4:09-CV-0011 WRW

THE DANNON COMPANY, INC.                                                                DEFENDANT

## ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS

On May 6, 2009, Plaintiffs Thomas Horne and Martha Paine and Defendant The Dannon Company, Inc., filed a Joint Motion to Stay Proceedings (Doc. 6). Based on the pleadings and all other pertinent matters, the Court finds that the motion should be, and hereby is, GRANTED. This action shall be stayed 180 days to allow the parties to finalize a settlement of this and all other related actions. No later than 15 days before the end of such stay, the parties shall file a joint statement with the Court advising it of the status of this matter.

IT IS SO ORDERED this 8th day of May, 2009.

_____
THE HONORABLE WILLIAM R. WILSON, JR.
UNITED STATES DISTRICT JUDGE