## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**THOMAS HORNE and MARTHA PAINE,**  **PLAINTIFFS**
**Individually and On Behalf of All Persons**
**Similarly Situated**

**v.**                    **4:09CV00011-WRW**

**THE DANNON COMPANY, INC.**                    **DEFENDANT**

## ORDER

Pending is the parties' Joint Motion to Stay Proceedings and Incorporated Brief in Support (Doc. No. 8). The Motion is GRANTED. This case is stayed for 180 days from the date of this Order. No later than 15 days before the end of the stay, the parties will file a joint statement with the Court advising it of the status of this case.

IT IS SO ORDERED this 27th day of October, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE