## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**THOMAS HORNE and MARTHA PAINE,**
**Individually and On Behalf of All Persons**
**Similarly Situated**                                                     **PLAINTIFFS**

**v.**                             **4:09CV00011-WRW**

**THE DANNON COMPANY, INC.**                                       **DEFENDANT**

### ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS

On April 12, 2010, Plaintiffs Thomas Horne and Martha Paine and Defendant The Dannon Company, Inc. filed a Joint Motion to Stay Proceedings (Doc. 12). The Motion is GRANTED. This action is stayed for 180 days to allow the parties to finalize a settlement of this and all other related actions. No later than 15 days before the end of such stay, the parties shall file a joint statement with the Court advising it of the status of this matter.

IT IS SO ORDERED this 13th day of April, 2010.

                                                      /s/Wm. R. Wilson, Jr.
                                            UNITED STATES DISTRICT JUDGE